IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JENNIE GOLLUBIER,** | 3:10-CV-06246-BR |
| Plaintiff, | **JUDGMENT OF REMAND** |
| v. | |
| **MICHAEL J. ASTRUE, Commissioner, Social Security Administration,** | |
| Defendant. | |

**BROWN, Judge.**

Based on the Court's Opinion and Order (#18) issued October 18, 2011, the Court hereby **REMANDS** this matter to the above administrative agency for further administrative proceedings.

DATED this 18th day of October, 2011.

/s/ Anna J. Brown
───────────────────────
ANNA J. BROWN
United States District Judge

1 - JUDGMENT OF REMAND