IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**JENNIE GOLLUBIER,**   3:10-CV-06246-BR

      **Plaintiff,**   **JUDGMENT OF REMAND**

v.

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security**
**Administration,**

      **Defendant.**

**BROWN, Judge.**

    Based on the Court's Opinion and Order (#18) issued October 18, 2011, the Court hereby **REMANDS** this matter to the above administrative agency for further administrative proceedings.

    DATED this 18th day of October, 2011.

                                                  /s/ Anna J. Brown

                                                ANNA J. BROWN
                                                United States District Judge

1 - JUDGMENT OF REMAND